FRANK O'BRIEN, as Administrator, etc., of THOMAS O'BRIEN, Deceased, Respondent, v. STERN BROTHERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Stapleton, Mills and Rich, JJ., concurred; Carr, J., voted for a new trial on the ground that the verdict that defendant's driver was engaged in the business of the defendant, his master, is against the weight of evidence.

SISKIND RUBIN, Respondent, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and GEORGE W. MCNULTY, INC., Appellants.— Judgment and order affirmed, with costs, upon the ground that both defendants are liable under their several contracts without regard to negligence. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Carr, J., not voting.

FREDERICK G. SANFORD, Doing Business under the Firm Name, etc., Appellant, v. FERDINAND WITT, Respondent.— Notwithstanding the form of the contracts in which the owners were each named, Mr. Witt's letters of January sixteenth and February thirteenth contained his individual promises of payment. The complaint averred the work to have been at defendant's special instance and request. In view, however, of these subsequent letters, plaintiff may, if so advised, apply to Special Term for such amendment of the complaint, so as to present distinctly the questions of these promises to pay plaintiff's claims and the further issue of plaintiff's performance of their contracts. The judgment and order of the County Court of Westchester county are, therefore, reversed and a new trial ordered, costs to abide the event. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

RICHARD SCHNIBBE, Respondent, v. HAUCK MANUFACTURING COMPANY, Defendant, and OSCAR A. LEWIS, as Trustee in Bankruptcy, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich and Putnam, JJ., concurred.

HAROLD H. SMITH, an Infant, by WILLIAM LORD, His Guardian ad Litem, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Reargument ordered and case set down for March 7, 1917. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred; Carr, J., not voting.

GEORGE STUBBMANN, Appellant, v. THE CITY OF NEW YORK, Respondent.— On reargument [See 176 App. Div. 895] judgment dismissing complaint reversed and new trial granted, costs to abide the event, upon the ground that it was a question for the jury whether the corporation counsel unreasonably refused to hold the examination at plaintiff's house and whether thereby the comptroller of the city of New York "refused and neglected to make an adjustment or payment" of plaintiff's claim as averred in the complaint.* Thomas, Stapleton and Mills, JJ., concurred; Jenks, P. J., and Putnam, J., dissented and voted to affirm.

---

* See Greater N. Y. Charter (Laws of 1901, chap. 466), § 261, as amd. by Laws of 1912, chap. 452. — [REP.